**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION A**

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| MARVELL V HARDEN, JR., | CASE NO. 23-02175 |
| DEBTOR | JUDGE: Jacqueline P. Cox |

**OBJECTION TO CONFIRMATION OF THE PLAN**

NOW COMES the Movant, Mortgage Research Center, LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Corporation, by and through its attorneys, LOGS Legal Group LLP, and states as follows:

1. This case was filed on February 20, 2023. On February 20, 2023, Debtor filed a plan.

2. Movant, a secured party in interest, holds a note (or services a loan) secured by a mortgage on the real property located at 5716 Crestwood Rd, Matteson, IL 60443.

3. The estimated pre-petition arrearages due the Movant total $12,762.08.

4. The Debtor's plan provides that the Trustee is to pay the Movant $0.00 as and for its arrearage claim.

5. The post-petition payment due the Movant is $1,594.03 per month.

6. The Debtor's plan provides for the Debtor to make post-petition monthly payments directly to the Movant in the amount of $1,574.00 per month.

7. The proposed plan impermissibly modifies the rights of Movant to receive all funds due it, thereby violating 11 U.S.C. §1322(b)(2) and 11 U.S.C. §1322 (b)(5).

8. Furthermore, the proposed plan provides for total funding over its term in the amount of $26,400.00 with estimated payments to the Trustee in the amount of $26,139.82. As the arrears owed to Movant are understated by $12,762.08, the proposed plan is underfunded and unfeasible on its face.

9. Such violations render the plan unconfirmable as a matter of law.

WHEREFORE, Mortgage Research Center, LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Corporation prays that confirmation of the plan be denied and for such other relief as the Court deems just.

Respectfully submitted,

__/s/ Michael N. Burke_____
Attorney for Mortgage Research Center, LLC d/b/a
Veterans United Home Loans, a Missouri Limited Liability
Corporation

Richard B. Aronow  3123969
Michael N. Burke  6291435
Michael Kalkowski  6185654
Amy A. Aronson  6206512
LOGS Legal Group LLP
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847) 291-1717
Attorneys for Movant

**The firm of LOGS Legal Group LLP is a debt collector.  This is an attempt to collect a debt.  Any information may be used for that purpose.  If your personal liability for this debt has been extinguished, discharged in bankruptcy or if a court order prohibits collecting this debt from you personally, then this is an attempt to enforce the Movant's rights with respect to the property addressed herein, and it is not an attempt to collect the debt from you personally.**